UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>  v.<br><br>JANETTE L. SELIG,<br><br>        Defendant. | NO. CR-07-2054-FVS-3<br><br>ORDER GRANTING MOTION TO EXPEDITE **(Ct. Rec. 265)** AND GRANTING MOTION TO MODIFY CONDITIONS OF RELEASE **(Ct. Rec. 262)** |

    This matter came before the court for a bail review hearing October 3, 2008. The government was represented by Shawn Anderson and defendant was present with counsel, Rick Hoffman.

    The defendant moved for an expedited hearing and to reopen the detention hearing requesting release on conditions.  The Court **granted** defendant's motion for expedited hearing. **(Ct. Rec. 265)**

    The Court heard argument from counsel.

    This court has taken into account the evidence and information produced at this hearing and the recommendations of counsel and U.S. Probation.

    Based on the defendant's recent participation in drug treatment and the government and U.S. Probation having no objection to the release of defendant, the Court is **granting** defendant's motion to modify conditions of release **(Ct. Rec. 262)** and **ORDERING** her release from custody on the following conditions:

    1. The defendant shall not commit any offense in violation of federal, state or local law.  If the defendant does have contact with law enforcement, the defendant shall contact her attorney and

ORDER GRANTING MOTION TO EXPEDITE AND
GRANTING MOTION TO MODIFY CONDITIONS OF RELEASE  - 1

1  U.S. Probation within 24 hours.
2      2.   The defendant shall advise the court and the U. S.
3  attorney in writing before any change in address.
4      3.   The defendant shall appear at all proceedings as required
5  and shall surrender for service of any sentence imposed as
6  directed.
7      4.   The defendant shall sign and complete form A.O. 199C
8  before being released and shall reside at the address furnished.
9      5.    The defendant shall remain in the Eastern District of
10 Washington while the case is pending.  On a showing of necessity,
11 the defendant may obtain written permission from U.S. Probation to
12 travel outside the Eastern District of Washington.
13     6.    The defendant shall maintain or actively seek
14 employment.
15     7.   The defendant shall not possess a firearm, destructive
16 device or other dangerous weapon.
17     8.   Defendant is further advised, pursuant to 18 U.S.C. §
18 922(n), it is unlawful for any person who is under indictment for
19 a crime punishable by imprisonment for a term exceeding one year
20 to ship or transport in interstate or foreign commerce any firearm
21 or ammunition or receive any firearm or ammunition which has been
22 shipped or transported in interstate or foreign commerce.
23     9.   The defendant shall refrain from the use of alcohol, and
24 the use or possession of a narcotic drug and other controlled
25 substances defined in 21 U.S.C. § 802 unless prescribed by a
26 licensed medical practitioner.  Defendant shall undergo a
27 substance abuse evaluation and complete treatment indicated by
28 this evaluation.  Defendant shall submit to

ORDER GRANTING MOTION TO EXPEDITE AND
GRANTING MOTION TO MODIFY CONDITIONS OF RELEASE  - 2

urinalysis/breathalyser testing no more than six times per month. Defendant shall be responsible for the cost of testing, evaluation and treatment unless the United States Probation Office should determine otherwise.  The United States Probation Office shall also determine the time and place of testing and evaluation and the scope of treatment but shall only conduct any testing at a public facility.

    10.   The defendant shall phone her attorney at least once per week and as directed.

    11.   The defendant shall report to the United States Probation Office within 24 hours of her release and shall report at such times and in such manner as they direct.

    12.   The defendant shall submit to any testing or after-care recommendations made by her after-care provider.

**You are advised that a violation of any of the foregoing conditions of release may result in the immediate issuance of a warrant for your arrest, revocation of your release and prosecution for contempt of court which could provide for imprisonment, a fine or both.  Specifically, you are advised that a separate offense is established by the knowing failure to appear and that an additional sentence may be imposed for the commission of a crime while on this release.  In this regard, any sentence imposed for these violations is consecutive to any other sentence you may incur.**

    DATED this 3rd day of October, 2008.

                                     s/James P. Hutton
                                      JAMES P. HUTTON
                              United States Magistrate Judge

ORDER GRANTING MOTION TO EXPEDITE AND
GRANTING MOTION TO MODIFY CONDITIONS OF RELEASE   - 3